Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br>(Jointly Administered) |
| JON GIACOBBE,<br><br>Plaintiff,<br><br>v.<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Defendants. | Adversary No. 22-01145 (MEW)<br><br>"Complaint to Determine Dischargeability of Debt per 11 U.S.C. § 523(a)(2)(A)" |

**DEBTORS' NOTICE OF MOTION TO DISMISS AND MEMORANDUM IN SUPPORT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Debtors' Motion to Dismiss, Dated October 14, 2022, the Debtors move this Court, before the Honorable Michael E. Wiles, at the Alexander Hamilton U.S. Custom House, One Bowling Green, New York, NY, for an Order dismissing Plaintiff's Complaint to Determine

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

Dischargeability of Debt per 11 U.S.C. § 523(a)(2)(A) pursuant to the Federal of Bankruptcy Procedure 7012 and Federal Rule of Civil Procedure 12(b)(6).

| | |
|---|---|
| New York, New York<br>Dated: October 14, 2022 | By: */s/ Joshua A. Sussberg, P.C.*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christopher Marcus, P.C.<br>Christine A. Okike, P.C.<br>Allyson B. Smith (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:   jsussberg@kirkland.com<br>    cmarcus@kirkland.com<br>    christine.okike@kirkland.com<br>    allyson.smith@kirkland.com |