UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br>(Jointly Administered) |
| JON GIACOBBE.<br><br>Plaintiffs,<br><br>v.<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Defendants. | Adversary No. 22-01145 (MEW)<br><br>"Complaint to Determine Dischargeability of Debt per 11 U.S.C § 523(a)(2)(A)" |

### AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 14, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Law Office of A. Manny Alicandro at 85 John Street, Ste 10N, New York, NY 10038, and via electronic mail on Law Office of A. Manny Alicandro at manny@alicandrolawoffice.com:

- **Debtors' Motion to Dismiss and Memorandum in Support** (Docket No. 7)
- **Debtors' Notice of Motion to Dismiss and Memorandum in Support** (Docket No. 8)

Dated: October 17, 2022

_____
Amanda Hinchey

State of Illinois    )
                     ) SS.
County of Cook       )

Subscribed and sworn before me this 17th day of October 2022 by Amanda Hinchey.

_____
(Notary's official signature)

OFFICIAL SEAL
DONALD J SCRIVNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/24